Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of FLORIDA

ORLANDO Division

| | |
|---|---|
| STEVEN SEAN JACKSON<br>Plaintiff(s)<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>WAYNE IVEY,<br>MAJOR PATRICK, ET AL.<br>Defendant(s)<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. _____<br>(to be filled in by the Clerk's Office)<br><br>FILED 2021 JAN 14 PM 2:40<br>U.S. DISTRICT COURT<br>MIDDLE DISTRICT OF FLORIDA<br>ORLANDO, FLORIDA |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: STEVEN SEAN JACKSON
All other names by which you have been known: N/A
ID Number: #282193
Current Institution: BREVARD COUNTY JAIL COMPLEX
Address: 860 CAMP ROAD
COCOA    FL    32927
City    State    Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: WAYNE IVEY
Job or Title (if known): SHERIFF OF BREVARD COUNTY SHERIFF OFFICE
Shield Number: N/A
Employer: BREVARD COUNTY SHERIFF OFFICE
Address: 700 S. PARK AVENUE
TITUSVILLE    FL    32780
City    State    Zip Code
☒ Individual capacity ☒ Official capacity

Defendant No. 2
Name: MAJOR PATRICK
Job or Title (if known): MAJOR, CORRECTIONAL OFFICER OF BCSO
Shield Number: N/A
Employer: BREVARD COUNTY SHERIFF OFFICE, JAIL COMPLEX
Address: 860 CAMP ROAD
COCOA    FL    32927
City    State    Zip Code
☒ Individual capacity ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                    N/A
    Job or Title (if known) N/A
    Shield Number           N/A
    Employer                N/A
    Address                 N/A
              N/A           N/A           N/A
              City          State         Zip Code
              [ ] Individual capacity  [ ] Official capacity

Defendant No. 4
    Name                    N/A
    Job or Title (if known) N/A
    Shield Number           N/A
    Employer                N/A
    Address                 N/A
              N/A           N/A           N/A
              City          State         Zip Code
              [ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st Am; 4th Am; 5th Am; 7th Am; 8th Am; 9th Am & 14th Am U.S.C.A.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

EACH DEFENDANT IS UNIFORMED LAW ENFORCEMENT

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

12-30-2020 AT DINNER, BREVARD COUNTY JAIL Complex 860 CAMP ROAD, COCOA FL 32927

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

12-30-20, 4:00 Pm APPROXIMATELY DINNER TIME

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

"SEE ATTACHMENT"

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

EXPOSED TO EXCESSIVE RISK OF COVID-19 INFECTION

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

COMPENSATORY RELIEF – $275,000.00
PUNITIVE RELIEF – $150,000.00

EXCESSIVE RISK TO HEALTH; AND BLATANT NATURE OF INTENTION

(Supplement to page 5 of 11, IV. Statement of Claim; D.)

United States District Court
For the Middle District of Florida
Orlando Division

Steven Sean Jackson,                    Case No. To Be Assigned
        Plaintiff;
v.
Wayne Ivey, Major Patrick, et al.
        Defendants.

## Statement of Claim

On 12-30-2020, I, Steven Sean Jackson, was housed at the Brevard County Jail Complex as a pre-trial detainee. At approximately 4:00pm, or dinner time, it was ordered that I be moved out of cell 314 of the Alpha Dormitory of the 300 cell block housing unit and into cell 393 of the Foxtrot Dormitory of the 300 cell block housing unit. The movement was per orders of Major Patrick.

I was moved from a cell in Alpha Dormitory - the administrative confinement unit, into a two-man cell occupied by two inmates on Covid-19 Keeplock Protocols, in Foxtrot Dormitory - the Covid-19 Quarantine unit. The information tag for cell 393 prior to my being moved into it, instructed that no detainees were to be moved out of or into the cell. When I asked officers attending the unit the reason for me being moved, the response I was given was it was per orders of Major Patrick.

(1)

MAJOR PATRICK IS A DEFENDANT IN PREVIOUS LITIGATION, IN CASE NO. 6:20-CV-02376-PGB-EJK. THIS ACTION TAKEN AGAINST ME WAS FOR NO LEGITIMATE PENOLOGICAL INTEREST BUT ONLY TO INTIMIDATE, HARASS AND PUNISH ME FOR PURSUING CIVIL RIGHTS LITIGATION IN 42 USC §1983 CLAIM IN CASE NO. 6:20-CV-02376-PGB-EJK. IT WAS WILLFULLY NEGLIGENT AND DELIBERATELY INDIFFERENT IN NATURE, AS THE MAJOR PATRICK DISREGARDED EXCESSIVE RISK TO MY HEALTH, AND WAS MALICIOUS, ARBITRARY AND CAPRICIOUS.

THIS IS PART OF A CIVIL CONSPIRACY DESIGNED TO HINDER THE PROSECUTION AGAINST THE BREVARD COUNTY SHERIFF, WAYNE IVEY IN CASE NO. 05-2020-CA-052349, AND AGAINST THE AGENCY THAT HE SUPERVISES, THE BREVARD COUNTY SHERIFF OFFICE.

THIS CIVIL CONSPIRACY IS ESCALATING IN THE DANGEROUS NATURE OF THE DEFENDANTS ACTIONS, WHICH NOW PLACE ME IN IMMINENT DANGER OF SERIOUS INJURY OR DEATH, AND IS BEING SUPPORTED BY ORDERS AND POLICIES DESIGNED AND DIRECTLY OVERSEEN BY SHERIFF WAYNE IVEY OF THE BREVARD COUNTY SHERIFF OFFICE, IN HOPE THAT THESE ACTIONS WILL INTIMIDATE, HARASS OR PUNISH ME TO HINDER PROSECUTION.

RESPECTFULLY SUBMITTED,

01/10/2021  /S/ _____
(DATE)
STEVEN SEAN JACKSON

(TITLE 28 USCA §1746)
"I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT."
01/10/2021
(DATE)
STEVEN SEAN JACKSON

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

BREVARD COUNTY JAIL COMPLEX, 860 CAMP ROAD, COCOA, FL 32927

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

ON THE INMATE KIOSK, GRIEVANCE SECTION

2. What did you claim in your grievance?

THAT I WAS EXPOSED TO POTENTIAL FOR COVID-19, THAT I WAS INTENTIONALLY MOVED AS RETALIATION FOR SUIT.

3. What was the result, if any?

NO ACTION WAS TAKEN

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I DID APPEAL. GRIEVANCE MECHANISM EXHAUSTED

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:

      _____N/A_____

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

      _____N/A_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   _____N/A_____

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____N/A_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____N/A_____

3. Docket or index number
   _____N/A_____

4. Name of Judge assigned to your case
   _____N/A_____

5. Approximate date of filing lawsuit
   _____N/A_____

6. Is the case still pending?

   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition.    _____N/A_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____N/A_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) STEVEN SEAN JACKSON

    Defendant(s) WAYNE, IVEY, MAJOR PATRICK, LIEUTENANT WILSON, CHAPLAIN JOHN

2. Court *(if federal court, name the district; if state court, name the county and State)*

    UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, ORLANDO

3. Docket or index number

    6:20-CV-02376-PGB-EJK

4. Name of Judge assigned to your case

    PAUL G. BYRON / EMBRY J. KIDD

5. Approximate date of filing lawsuit

    N/A

6. Is the case still pending?

    ☑ Yes

    ☐ No

    If no, give the approximate date of disposition        N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    N/A

(SUPPLEMENT TO PAGE 8 OF 11, VIII. PREVIOUS LAWSUITS; D.)

## PREVIOUS LAWSUITS

#2.) PLAINTIFF - STEVEN SEAN JACKSON, ET AL.
DEFENDANT - WAYNE IVEY; BREVARD COUNTY SHERIFF OFFICE, ET AL.
COURT - CIRCUIT COURT, 18TH JUDICIAL CIRCUIT, BREVARD COUNTY, FLA
DOCKET NO. - 05-2020-CA-052349
JUDGE - N/A
DATE OF FILING - DECEMBER 2ND, 2020
CASE PENDING - YES
CASE OUTCOME - PENDING

#3.) PLAINTIFF - STEVEN SEAN JACKSON
DEFENDANT - WAYNE IVEY, ET AL.
COURT - UNITED STATES DISTRICT COURT, MIDDLE DISTRICT, ORLANDO
DOCKET NO. - N/A
JUDGE - N/A
DATE OF FILING - N/A
CASE PENDING - NO
CASE OUTCOME - DISMISSED WITHOUT PREJUDICE

#4.) PLAINTIFF - STEVEN SEAN JACKSON
DEFENDANT - J. COPPENGMER, ET AL.
COURT - UNITED STATES DISTRICT COURT, NORTHERN DISTRICT, PENSACOLA
DOCKET NO. - N/A
JUDGE - N/A
DATE OF FILING - N/A
CASE PENDING - NO
CASE OUTCOME - DISMISSED WITHOUT PREJUDICE

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/10/2021

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: STEVEN SEAN JACKSON
Prison Identification #: #282193
Prison Address: 860 CAMP ROAD
COCOA / FL / 32927
City / State / Zip Code

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney: N/A
Bar Number: N/A
Name of Law Firm: N/A
Address: N/A
N/A / N/A / N/A
City / State / Zip Code
Telephone Number: N/A
E-mail Address: N/A